No. 255. QUICK *v.* MISSISSIPPI. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Supreme Court of Mississippi denied. *S. V. Quick, pro se.*

No. 257. WEATHERS *v.* KANSAS ET AL. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Wilbert Weathers, pro se.*

No. 272. GILMORE *v.* UNITED STATES. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Dewey Gilmore, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 283. WEINER ET AL. *v.* PENNSYLVANIA. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Superior Court of Pennsylvania denied. *Mr. Philip Dorfman* for petitioners. *Messrs. Carl B. Shelley* and *E. LeRoy Keen* for respondent.

No. 289. DERR *v.* DERR. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Superior Court of Pennsylvania denied. *Mr. Hayden C. Covington* for petitioner.